No. 158, Misc.   CORANATO *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 160, Misc.   KIRSCH *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

NOVEMBER 5, 1951.

No. 365.   BROOKS *v.* MISSISSIPPI; and
No. 366.   BROOKS *v.* MISSISSIPPI.   *Per Curiam:* The appeals are dismissed for want of jurisdiction.   28 U. S. C. § 1257 (2).   Treating the papers whereon the appeals were allowed as petitions for writs of certiorari as required by 28 U. S. C. § 2103, certiorari is denied.

No. 1.   GEORGIA RAILROAD & BANKING Co. *v.* REDWINE, STATE REVENUE COMMISSIONER.   Appeal from the United States District Court for the Northern District of Georgia.   This case is restored to the summary docket for reargument.

No. 162.   UNITED STATES *v.* DAILEY.   Appeal from the United States District Court for the District of Colorado. It is ordered that Bernard Margolius, Esquire, of Washington, D. C., a member of the bar of this Court, be appointed to serve as counsel for the appellee in this case.